1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6   YVONNE CACERES,

7                                    Plaintiff,

8         v.

9   CAROLYN W. COLVIN, Acting
     Commissioner of Social Security,

10

11                                Defendant.

Case No. 3:14-cv-05908-KLS

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS

12

13         Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED.  Plaintiff

14   does not appear to have funds available to afford the $400.00 Court filing fee.

15         DATED this 24th day of November, 2014.

16

17

18

19

20                                          _____
                                            Karen L. Strombom
21                                          United States Magistrate Judge

22

23

24

25

26

ORDER - 1